Johnny SCHERRER *v.* STATE of Arkansas

727 S.W.2d 381

Supreme Court of Arkansas
Opinion delivered April 13, 1987

*James P. Clouette*, for appellant.

No objection by appellee.

PER CURIAM. Petitioner Johnny Scherrer, by his attorney, has filed a second motion for a rule on the clerk. His attorney, James P. Clouette, has by affidavit admitted it was his fault that the record was not timely tendered.

We find that the error, admittedly made by the criminal defendant's attorney, is good cause to grant the motion for a rule on the clerk.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.